UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN BRENNER and CATI BRENNER, husband and wife,

Plaintiffs,

v.

POLARIS INC.,

Defendant.

Case No. 2:25-cv-01466

NOTICE OF REMOVAL

TO: THE CLERK OF COURT FOR THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

AND TO: PLAINTIFFS AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT Defendant Polaris Inc. ("Defendant"), by and through counsel, hereby removes the action captioned *John Brenner and Cati Brenner, husband and wife, v. Polaris Inc.*, originally filed in the Superior Court of the State of Washington for the County of King ("King County Superior Court"), Case Number 25-2-21322-6 SEA ("King County Action"), to the United States District Court for the Western District of Washington at Seattle, pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446. The Court has diversity jurisdiction because there is complete diversity between the parties and the amount in controversy appears to exceed



Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

$75,000.00.

**I. PROCEDURAL BACKGROUND**

On July 22, 2025, plaintiffs John Brenner and Cati Brenner ("Plaintiffs") filed a Complaint for Damages ("Complaint") in King County Superior Court. A true and correct copy of the Complaint is filed herewith. *See* 28 U.S.C. § 1446(a); LCR 101(b). The Complaint brings claims for personal injury and loss of consortium. Polaris Inc. is the Defendant in the King County Action. The Complaint and Summons were served on Defendant on July 23, 2025. All documents filed in the King County Action are attached to the concurrently filed Verification of Records. *See* LCR 101(c).

**II. REMOVAL IS TIMELY**

Defendant was served with the Summons and Complaint on July 23, 2025. Thirty days from service of the Summons and Complaint falls on August 22, 2025. Defendants file this notice within 30-days of receiving the Complaint. 28 U.S.C. § 1446(b). No previous Notice of Removal has been filed or made with this Court for the relief sought herein.

**III. VENUE**

Venue and intradistrict venue are proper in this Court pursuant to 28 U.S.C. § 1441(a) because the King County Action is pending in King County Superior Court. Defendant does not concede that venue is proper for any other reason or under any other statute and reserves the right to seek transfer.

**IV. DIVERSITY JURISDICTION**

This Court has jurisdiction over this civil action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy appears to exceed $75,000.

Plaintiffs allege that they are residents of Kitsap County, Washington. Defendant is a Delaware corporation with its principal place of business in Minnesota. There is complete diversity pursuant to 28 U.S.C. §§ 1332(a) and 1441(b) because this is a civil action between citizens of



Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

different states.

With respect to the amount in controversy, although the Complaint does not specify the amount of damages, Defendant believes that over $75,000.00 is in controversy. Plaintiffs allege Plaintiff John Brenner sustained a burst fracture to his T11 vertebrae, rendering him paralyzed, and Cati Brenner herniated discs at L5-S1, L3-L4, and L4-5. Compl., ¶ 2.19. Plaintiffs allege they continue to receive treatment for their respective injuries. *Id.* at ¶ 2.20. Plaintiff John Brenner alleges general damages for "paraplegia, loss of living situation, loss of mobility and other injuries resulting in past and future pain and suffering . . . together with past and future medical and related expenses, lost earning capacity" in addition to special damages. *Id.* at ¶ 4.1. Plaintiff Cati Brenner alleges a loss of consortium claim related to John Brenner's injuries. *Id.* at ¶ 4.2 Based on experience in these types of cases, Defendant believes, and on that basis alleges, that Plaintiffs will seek more than $75,000.00 in general damages and thus exceed the $75,000.00 threshold.

Defendant will promptly serve this Notice of Removal on all parties and will notify King County Superior Court of the removal promptly after filing this notice of removal.

## V. CONCLUSION

Based on the foregoing, removal is proper to this Court. If any question arises as to the propriety of the removal of this action, Defendants respectfully request the opportunity to conduct jurisdictional discovery, and to present a brief and oral argument in support of its position that this case is subject to removal.

Dated: August 4, 2025

SNELL & WILMER L.L.P.

By: /s/ Clifford S. Davidson

Clifford S. Davidson, WSBA No. 48313
csdavidson@swlaw.com
Lea K. Schneider, WSBA No. 56471
lschneider@swlaw.com
600 University Street, Suite 310
Seattle, WA 98101
206-741-1420
Attorneys for Defendant Polaris Inc.

**CERTIFICATE OF SERVICE**

I, Jennifer Langlois, certify that on August 4, 2025, I caused to be served a copy of the foregoing document on the following parties, via the method indicated below:

Thomas J. Breen
Carson Phillips-Spotts
Hong (Chen-Chen) Jiang
Schroeter Goldmark & Bender
401 Union Street, Suite 3400
Seattle, WA 98101
breen@sgb-law.com
spotts@sgb-law.com
jiang@sgb-law.com
Attorneys for Plaintiffs

☐ Via Legal Messenger
☒ Via First class mail
☐ Via Facsimile
☒ Via Email
☒ Via eService

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 4th day of August, 2025, at Portland, Oregon.

*s/ Jennifer Langlois*
Jennifer Langlois



Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420