UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN BRENNER and CATI BRENNER, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>POLARIS INC. ,<br><br>Defendant. | Case No. 2:25-cv-01466<br><br>**VERIFICATION OF RECORDS** |

Undersigned counsel hereby verifies that the attached documents are true and correct copies of the documents filed in King County Cause No. 25-2-21322-6 SEA ("Lawsuit") as of August 4, 2025.

1. Attached as Exhibit 1 is a true and correct copy of the Complaint filed on July 22, 2025, in the Lawsuit.

2. Attached as Exhibit 2 is a true and correct copy of the Order Setting Civil Case Schedule filed on July 22, 2025, in the Lawsuit.

3. Attached as Exhibit 3 is a true and correct copy of the Case Information Cover Sheet and Area Designation filed on July 22, 2025, in the Lawsuit.

4. Attached as Exhibit 4 are true and correct copies of the summons filed on



Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

July 22, 2025, in the Lawsuit.

5. Attached as Exhibit 5 are true and correct copies of the affidavit of service filed on July 24, 2025, in the Lawsuit.

7. As of 1:00 on August 4, 2025, it does not appear that any other documents have been filed in the Lawsuit.

Dated: August 4, 2025

SNELL & WILMER L.L.P.

By: s/ Clifford S. Davidson

Clifford S. Davidson, WSBA No. 48313
csdavidson@swlaw.com
Lea K. Schneider, WSBA No. 56471
lschneider@swlaw.com
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

Attorneys for Defendant Polaris Inc.