FILED
2025 JUL 22 03:47 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 25-2-21322-6 SEA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| JOHN BRENNER and CATI BRENNER, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>POLARIS INC.,<br><br>Defendant. | No.<br><br>COMPLAINT FOR DAMAGES |

## I. PARTIES & JURISDICTION

1.1. Plaintiffs John Brenner and Cati Brenner (collectively "the Brenners"), husband and wife, are residents of Kitsap County, Washington.

1.2. Defendant Polaris Inc. ("Polaris") is a Delaware corporation with its principal place of business and corporate headquarters at 2100 Hwy. 55, Medina, Minnesota. Polaris designs, manufactures, markets and sells off-road vehicles ("ORVs"), including the 2022 Polaris RZR PRO R 4 Ultimate, Model No. Z22RML2KBP, VIN 3NSRML2K5NG382104, that is the subject of this lawsuit, and purposely directs them to be shipped to the State of Washington, where it expects them to be sold throughout the United States, including in King



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

County, thereby purposely availing itself of the laws and commerce of the State of Washington.

1.3. The Court has jurisdiction over this matter pursuant to RCW 2.08.010.

1.4. Venue in King County is appropriate pursuant to RCW 4.12.025; Defendant conducts business in King County and Plaintiff receives treatment in King County. Venue in King County is appropriate pursuant to RCW 4.12.025.

## II. STATEMENT OF FACTS

2.1. Defendant Polaris currently ranks among the top selling off-road side-by-sides in the United States with revenue reaching $9.01 billion in 2023, holding itself out to consumers across the United States, including Washington, to be the "#1 Sport Side-By-Side Brand" and "world leader in powersports and off-road innovation with vehicles for recreation, utility, and anywhere in between."

2.2. Defendant Polaris has been designing, engineering, manufacturing, and selling the RZR line of ORVs since 2008.

2.3. Defendant Polaris sells its ORVs through dealers in King County, as advertised on its website through its dealer locator page entitled "Polaris Dealers Near You."

2.4. In the summer of 2017, Defendant Polaris released the first RZR with Polaris's patented "Dynamix" semi-active suspension claimed by Polaris to be "the world's first and only intelligent off-road suspension."

2.5. Defendant Polaris represented, warranted, and advertised to consumers, including the Brenners, that "RZR's DYNAMIX Active Suspension is intelligent enough to monitor critical driver and vehicle inputs 200 times per second" and that "[t]he system



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

continuously adjusts each individual shock on-the-fly and is so dynamic that instead of having to choose being a plush ride or performance, riders get the best of both."

2.6. Defendant Polaris represented, warranted, and advertised to consumers, including the Brenners, that "[w]hether the vehicle is cornering, braking, accelerating, changing speeds or airborne, the [Dynamix] system adjusts the suspension for the best response to driver inputs and terrain."

2.7. Defendant Polaris represented, warranted, and advertised to consumers, including the Brenners, that "[w]hen airborne, DYNAMIX adjusts all four shocks to maximum resistance to prevent bottoming out when you land. The system will revert to the user-selected drive mode afterward" and specifically represented to consumers "DYNAMIX is designed to safeguard your vehicle from bottoming out by proactively predicting when increased compression dampening is necessary."

2.8. Defendant Polaris aggressively advertised to the public that its RZR with Dynamix semi-active suspension was specifically designed and engineered to perform and handle jumping and airborne events and included in its advertisements several videos of the RZR "jumping" or going airborne, including the still images from the videos depicted below.






SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305











SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

2.9. Defendant Polaris's advertisement and promotional videos for RZR with Dynamix semi-active suspension specifically represented and warranted to consumers, including the Brenners, the following regarding "jumping" and airborne events:

> "When all 4 wheels leave the ground, Dynamix is the perfect copilot. As the wheels lift off, all four shocks go to maximum resistance. So when it's time to touch down, you land soft and sure without bottoming. ….So go ahead, push it to your limits in the dunes….when you're riding on the world's first and only intelligent off-road suspension there's no such thing as holding back…"

2.10. In 2021, Defendant Polaris announced the upcoming new model 2022 RZR Pro R Ultimate and RZR Turbo R Ultimate would be equipped with the "Dynamix Dual Valve (DV] system" ("Dynamic DV") which added to the original Dynamix semi-active suspension: (a) rebound damping; (b) electronic power steering handling modes; and (c) angle based damping adjustment, as outlined by Polaris on its website below.

| FEATURES | DYNAMIX | DYNAMIX DV |
|---|---|---|
| Number of Modes | 3 | 4 |
| Steering Wheel Controls | ✓ | ✓ |
| Visual Display | ✓ | ✓ |
| Compression Damping | ✓ | ✓ |
| Rebound Damping | | ✓ |
| Electronic Power Steering Handling Modes | | ✓ |
| Speed vs. Mode Control | ✓ | ✓ |
| Angle Based Damping Adjustment | | ✓ |
| Acceleration/Braking Damping Control | ✓ | ✓ |
| Cornering Damping Control | ✓ | ✓ |
| Airborne Damping Control | ✓ | ✓ |
| X Button (Single & Double Tap) | ✓ | ✓ |



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

2.11. The 2022 RZR Pro R Ultimate and Turbo R Ultimate equipped with the Dynamix DV semi-automatic suspension was designed and engineered by Defendant Polaris to have four separate suspension modes – (a) Comfort Mode; (b) Baja Mode; (c) Rock Mode; and (d) Track Mode.

2.12. Defendant Polaris represented, warranted, and advertised that Baja Mode was "[d]esigned for terrain as rough as the Baja Peninsula . . . employs high compression and low rebound damping for large and aggressive suspension events . . . and allows this mode to be driven aggressively through any sort of harsh Arizona or desert terrain."

2.13. Defendant Polaris represented, warranted, and advertised to its consumers like the Brenners in its written Owner's Manual, Service Manual, and User Guide that the 2022 Polaris RZR PRO R Ultimate's Dynamix DV semi-active suspension has "airborne event control," which "constantly and automatically detected for when the vehicle is airborne and when the vehicle has landed."

2.14. Defendant Polaris represented, warranted, and advertised to its consumers like the Brenners in its written Owner's Manual, Service Manual, and User Guide that while airborne in a 2022 Polaris RZR PRO R Ultimate with Dynamix DV semi-active suspension, "rebound dampening is reduced to promote shock extension while compression is increased to 100% to ensure a nice plush landing" and after landing, "rebound dampening is increased to stabilize the landing and prevent loss of wheel traction or hopping of the vehicle."

2.15. Defendant Polaris represented, warranted, and advertised to its consumers like the Brenners that the "damping application is biased based on airborne duration, so the vehicle has optimized performance in large airborne events and small airborne events like



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

whoops. As the vehicle is airborne longer, the compression damping will gradually increase to maximize the bottom out performance when landing."

2.16. Example maneuvers where Baja Mode would be appropriate were listed by Defendant Polaris as "large whoops that cause an airborne event, Glamis jumps, and short court race jumps."

2.17. Defendant Polaris's Dynamix DV semi-active suspension features FOX electronically controlled shocks driven by a custom Polaris-designed suspension control module ("SCM") with suspension control algorithms and software being designed and developed by Polaris' engineering team to proactively make split-second adjustments based on operator inputs, controlling the shocks to achieve ultimate performance, control, and stability under varying riding conditions and driving styles. The SCM contains the logic for suspension control, including communications, operator inputs and shock drivers. The SCM also has an internal 6-axis inertial measurement unit that is used to monitor and adjust the performance of the suspension control algorithms.

2.18. On August 6, 2022, the Brenners, relying on the statements and representations by Defendant Polaris, purchased a new 2022 Polaris RZR PRO R 4 Ultimate, Model No. Z22RML2KBP, VIN 3NSRML2K5NG382104, equipped with Dynamix DV semi-active suspension for $49,125.44. The Brenners made no modifications to the Polaris 2022 RZR Pro 4 Ultimate other than installing a windshield and sand tires.

2.19. On June 29, 2024, John Brenner (43) was operating the 2022 Polaris RZR PRO 4 Ultimate with his wife, Cati Brenner in the right front passenger seat in the Coos Bay sand dunes in Oregon with the suspension in Baja Mode. Both John Brenner and Cati Brenner were properly wearing their OEM multi-point seat belts. As the Brenners traveled



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

across the sand dunes in their 2022 Polaris RZR PRO 4 Ultimate in Baja Mode, they traveled over the crest of a sand dune, briefly went airborne and landed upright on all four (4) tires. The use of the Polaris was ordinary, but the force of impact was not: it resulted in John Brenner sustaining a burst fracture at T11, rendering him paralyzed. Additionally, John's wife, Cati, suffered injuries to her spine including, without limitation, herniated discs at L5-S1, L3-L4 and L4-L5.

2.20. Plaintiffs John Brenner and Cati Brenner each receive treatment for their injuries in Washington.

## III. LIABILITY

3.1 Plaintiffs repeat and incorporate the foregoing allegations as if set forth fully herein.

3.2 Defendant Polaris designed, engineered, marketed, and sold the 2022 Polaris RZR PRO 4 Ultimate that is unsafe to an extent beyond that which would be contemplated by the ordinary consumer and was defective under RCW 7.72.030.

3.3 Defendant Polaris designed, engineered, marketed, and sold the 2022 Polaris RZR PRO 4 Ultimate with a suspension system that is defective in design and construction under RCW 7.72.030.

3.4 Defendant Polaris designed, engineered, marketed, and sold the 2022 Polaris RZR PRO 4 Ultimate with a multi-point seat belt harness that is defective in design and construction under RCW 7.72.030.

3.5 Defendant Polaris designed, engineered, marketed, and sold the 2022 Polaris RZR PRO 4 Ultimate with a driver seat that is defective in design and construction under RCW 7.72.030.



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

3.6 Defendant Polaris designed, engineered, marketed, and sold the 2022 Polaris RZR PRO 4 Ultimate with an occupation protection system that is defective in design and construction under RCW 7.72.030.

3.7 Defendant Polaris designed, engineered, marketed and sold the 2022 Polaris RZR PRO 4 Ultimate, which is defective because of inadequate warnings under RCW 7.72.030(1).

3.8 Defendant Polaris designed, engineered, marketed and sold the 2022 Polaris RZR PRO 4 Ultimate, which is defective because adequate warnings or instructions were not provided after the product was manufactured where Polaris or a reasonably prudent manufacturer should have learned about the danger connected with the product under RCW 7.72.030(1)(c).

## IV. DAMAGES

4.1 As a proximate cause of the tortious acts and omissions of Defendant Polaris, John Brenner suffered injuries including but not limited to, paraplegia, loss of his living situation, loss of mobility and other injuries resulting in past and future pain and suffering, both physical and mental, and other general damages, together with past and future medical and related expenses, lost earning capacity, and other special damages to be proven at the time of trial.

4.2 As a proximate cause of the tortious acts and omissions of Defendant Polaris, Cati Brenner has suffered a loss of love, affection, care, services, companionship, society and consortium of her husband, John Brenner, which will continue indefinitely into the future.

4.3 As a proximate cause of the tortious acts and omissions of Defendant Polaris, Cati Brenner has suffered injuries including, but not limited to, a spinal injury, past, present



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

and future pain and suffering, both mental and physical, and other general damages, together with past and future medical and related expenses, lost earning capacity, and other special damages to be proven at the time of trial.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against the Defendant in an amount to be proven at trial, together with Plaintiffs' costs and disbursements herein incurred, for punitive damages where applicable, and for all other relief as the Court may deem just and proper.

DATED this 22nd day of July, 2025

SCHROETER GOLDMARK & BENDER

*s/Thomas J. Breen*
THOMAS J. BREEN, WSBA #34574
CARSON PHILLIPS-SPOTTS, WSBA #51207
HONG (CHEN-CHEN) JIANG, WSBA #51914
Attorneys for Plaintiffs

SCHROETER GOLDMARK & BENDER
401 Union Street, Suite 3400
Seattle, WA 98101
Phone: (206) 622-8000
Fax: (206) 682-2305
E-mail: breen@sgb-law.com
spotts@sgb-law.com
jiang@sgb-law.com