UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN BRENNER and CATI BRENNER, husband and wife,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>POLARIS INC.,<br><br>　　　　　Defendant. | Case No. 2:25-cv-01466-KKE<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

The Court has considered Defendant's Unopposed Motion for Extension of Time to Respond to Complaint. Dkt. No. 10. Finding good cause, the Court hereby GRANTS the motion and extends Defendant's deadline to respond to Plaintiffs' Complaint to August 25, 2025.

DATED this 11th day of August, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME - 1
2:25-CV-01466-KKE