# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JOHN BRENNER and CATI BRENNER, husband and wife,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>POLARIS INC.,<br><br>　　　　　　　Defendant. | Case No. 2:25-cv-01466-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION TO TRANSFER |

The Court, having considered the Unopposed Motion for Extension of Time to File Reply to Motion to Transfer (the "Motion"), and finding good cause, hereby orders as follows:

1. The Motion is GRANTED. Defendant's deadline to file a reply to the Motion is now September 26, 2025.

DATED this 19th day of September, 2025.

　　　　　　　　　　　　　　　　　　*Kymberly K Evanson*

　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME - 1
2:25-CV-01466-KKE

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

*Presented by:*

SNELL & WILMER L.L.P.

By: */s/ Clifford S. Davidson*
    Clifford S. Davidson, WSBA 48313
    csdavidson@swlaw.com
    Lea K. Schneider, WSBA No. 56471
    lschneider@swlaw.com
    600 University Street, Suite 310
    Seattle, WA 98101

*Attorneys for Defendant Polaris Inc.*

4932-0119-5626

ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME - 2
2:25-CV-01466-KKE

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420